CH SCHOLAR
LAW FIRM, P.L.L.C

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/2026

MEMO ENDORSED

August 27, 2026

Judge Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

RE: *United States v. Gang Zheng*
26 Cr. 329-06 (NSR)

Dear Judge Román:

I represent the defendant, Gang Zheng, in the above referenced matter having been appointed provisionally pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A pending a review of Mr. Zheng's finances. Mr. Zheng has retained Jeffery Greco, Esq., who has filed a notice of appearance in this matter. ECF No. 75. Inasmuch as Mr. Zheng has retained counsel, I would respectfully request permission to withdraw as counsel of record for Mr. Zheng and grant permission to remove me from receiving docket entries in this matter.

Respectfully submitted,

/s/

Calvin H. Scholar

cc: All Counsel

**In light of Defendant Gang Zheng retaining Jeffery Greco as counsel, CJA-appointed counsel Calvin Scholar is hereby terminated as counsel of record for Gang Zheng (6).**

**The Clerk of the Court is kindly directed to terminate Mr. Scholar's appearance and the motion at ECF. No. 80.**

**Dated: August 28, 2026**
**White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE