GRECO NEYLA[N]
ATTORNEYS AT L[AW]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/14/2026

MEMO ENDORSED

September 10, 2026

**The request for an extension of time to comply with all conditions of pre-trial release is extended by seven (7) days, through September 22, 2026.**

**Dated: September 14, 2026**
**White Plains, NY**

Nelson S. Román, U.S. District Judge

United States District Court
Honorable Judge Nelson S. Román
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re: ***United States of America v. Gang Zheng (26-CR-329-NSR)***

***Filed via ECF***

Dear Judge Román

We respectfully submit this letter motion seeking additional time to comply with the terms of release for the defendant, Mr. Gang Zheng.

Currently, Mr. Zheng's terms of release are such that he is being released via secured bail in the amount of two-hundred thousand dollars ($200,000.00), secured by:

(1) Property interest for Mr. Zheng's homestead located at 12505 23rd Ave, College Point, NY 11356

(2) Signature of one (1) financially responsible person who has moral suasion over the defendant;

Currently, the deadline to comply with all pre-trial release conditions is set for September 15, 2026. We are seeking an additional seven (7) days to file the confession of judgment on the listed property, with a new deadline of September 22, 2026.

I have spoken with the Government about this request, and they do not oppose it.

Accordingly, we respectfully request an additional seven (7) days to comply with the terms of Mr. Zheng's release.

Regards,

*Jeff Greco*

Jeff Greco, Esq.

Cc: AUSA Reyhan Watson (via ECF & electronic mail)
AUSA Anthony Ferrera (via ECF & electronic mail)
AUSA Jake Sidransky (via ECF & electronic mail)